AA

# United States District Court
### EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 29 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **CRIMINAL COMPLAINT** |
| RAUL ZAVALA | CASE NUMBER: 05-123-01 |
| (Name & Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

That on or about April 28, 2005, in the Eastern District of Washington, RAUL ZAVALA, did knowingly and intentionally possess with the intent to distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 2

That on or about April 28, 2005, in the Eastern District of Washington, RAUL ZAVALA, did knowingly and intentionally use a communication facility to facilitate the commission of a felony; to wit: distribution of methamphetamine, in violation 21 U.S.C. § 843(b).

I further state that I am a Task Force Officer and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference.   ☒ Yes   ☐ No

Signature of Complainant **Bryan Miller**
Task Force Officer, DEA

Sworn to before me, and subscribed in my presence

April 29, 2005                                                                 at   Spokane, Washington
Date                                                                                  City and State

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer                                    Signature of Judicial Officer          P50429DD.AAB.wpd