UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>RAUL S. ZAVALA,<br><br>              Defendant. | NO. CR-05-0105-LRS<br><br>**ORDER** |

BEFORE THE COURT at the scheduled trial on January 23 - 25, 2006, are the following motions:  Defendant Raul Zavala's Motion to Dismiss Indictment With Prejudice (Ct. Rec. 102); Defendant Raul Zavala's Motion to Suppress Recordings (Ct. Rec. 101); Defendant Raul Zavala's Motion to Suppress Search and Seisure [sic] (Ct. Rec. 100); Defendant Raul Zavala's Motion to Suppress Arrest and Search of Vehicle Due to Lack of Exigent Circumstances (Ct. Rec. 99), all filed on January 23, 2006; and United States' Motion in Limine: Punishment/Mistrial/Discovery (Ct. Rec. 89), filed January 12, 2006.  Accordingly, for the reasons stated on the record during the hearing on motions at trial and in the Court's **ORDER DENYING DEFENDANT'S MOTION FOR SUPPRESSION** (Ct. Rec. 83) entered on December 15, 2005,

    **IT IS HEREBY ORDERED:**

ORDER ~ 1

1. Defendant's Motion to Dismiss Indictment With Prejudice (Ct. Rec. 102), filed on January 23, 2006, is **DENIED**.

2. Defendant Raul Zavala's Motion to Suppress Recordings (Ct. Rec. 101), filed on January 23, 2006, is **DENIED**.

3. Defendant Raul Zavala's Motion to Suppress Search and Seisure (Ct. Rec. 100), filed on January 23, 2006, is **DENIED**.

4. Defendant Raul Zavala's Motion to Suppress Arrest and Search of Vehicle Due to Lack of Exigent Circumstances (Ct. Rec. 99),filed on January 23, 2006, is **DENIED**.

5. Defendant Raul Zavala's Renewed Motion to Dismiss Indictment Pursuant to Rule 29, raised in open court on January 25, 2006, is **DENIED**.

6. Defendant Raul Zavala's Renewed Motion to Suppress Evidence, raised in open court on January 25, 2006, is **DENIED**.

7. United States' Motion in Limine: Punishment/Mistrial/Discovery (Ct. Rec. 89), filed January 12, 2006, is **GRANTED** in part and **RESERVED** in part. The Court granted the government's request to bar discussion before the jury of any possible term of imprisonment if Defendant convicted. The Court granted the government's request that all motions for mistrial be presented outside the presence of the jury. The Court granted the government's request that all unusual demands and requests for matters contained in opposing counsel's file not be made in the presence of the jury without first approaching opposing counsel or the bench. The Court granted the government's request that counsel be instructed not to offer or suggest any *ex parte* statement of any person not present in Court to testify and be cross-examined by counsel for plaintiff. The Court reserved for trial, if such circumstance arises,

the  the government's request to exclude any expert testimony based upon speculation and conjecture.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to all counsel.

**DATED** this 26th  day of January, 2006.


                            S/ Lonny R. Suko
                            LONNY R. SUKO
                         United States District Judge

ORDER ~ 3