# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RAUL S. ZAVALA,<br><br>　　　　　　　　　Defendant. | **Case No. CR-05-00105-LRS-1**<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 4/18/06<br>**LOCATION:** SPOKANE<br><br>**SENTENCING HEARING** |

| | Judge LONNY R. SUKO | | |
|---|---|---|---|
| Laura McClure | Beth Ross(by phone) | N/A | Debra Clark |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Aine Ahmed | | Frank Cikutovich | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |
| **Probation Officer:** Lori Baker | | | |

**[ X ]  Open Court**　　　　**[  ]  Chambers**　　　　**[  ]  Telecon**

Defendant **present** in custody of the US Marshal

Mr. Ahmed addressed the Court.
Mr. Cikutovich addressed the Court.
Defendant Zavala addressed the Court.
Mr. Ahmed addressed the Court.


**Sentence: life imprisonment on Count 1, 8 years in custody on Count 2, concurrent**
**Supervised Release: precluded**
**Fine: waived**
**SPA: $200.00**


Right to appeal sentence within 10 days, right to lawyer, right to transcript.

Mr. Cikutovich addressed the Court.
Mr. Cikutovich's Oral Motion to Withdraw - **granted, matter referred to magistrate for appointment of counsel for appeal purposes.**

| CONVENED: 10:43 AM | ADJOURNED: 11:10 AM | TIME: .5 HR | CALENDARED [  ] |
|---|---|---|---|