FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 02 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1. RAUL S. ZAVALA
2. 1100 W. MALLON
3. SPOKANE, WA. 99260
4.
5. UNITED STATES OF AMERICA
6. FOR THE
7. EASTERN DISTRICT OF WASHINGTON
8.

| RAUL S. ZAVALA<br>MOVANT,<br>V.<br>UNITED STATES OF AMERICA<br>RESPONDENT | CASE NUMBER:<br>CR-05-105-LRS<br><br>AFFIDAVIT<br>OF BIAS |
|---|---|

MOVANT'S AFFIDAVIT OF BIAS:

MOVANT, RAUL S. ZAVALA, RESPECTFULLY REQUESTS AND SEEKS REVIEW FROM A JUDGE OTHER THAN THE TRIAL JUDGE, HONORABLE JUDGE SUKO, RULE ON THE MOVANT'S, RAUL S. ZAVALA, 2255 MOTION.

MOVANT RESPECTFULLY MAKES THIS REQUEST PURSUANT TO HALLIDAY V. UNITED STATES, 380 F.2d 270 (1st CIR. 1967), AND DUE TO THE FOLLOWING CIRCUMSTANCES:

1. MOVANT'S HEARINGS AND TRIAL PROCEEDINGS GAVE RISE TO EXTENSIVE OBJECTIONS AND POTENTIAL OBJECTIONAL ISSUES.

2. THE PRESENCE OF TAINTED TESTIMONY, FALSE STATEMENTS, PERJURY, PRESENTATION OF FALSE EVIDENCE TO THE COURT AND JURY, MISSING EVIDENCE, MANIPULATED EVIDENCE AND AN UNRELIABLE CI CAUGHT LYING UNDER OATH WAS EXPERIENCED DURING MOVANT'S PROCEEDINGS.

3. THE UNLAWFUL ACTS OF THE PROSECUTOR, AGENTS

AND OTHER WITNESSES THAT WERE DETRIMENTAL TO THE FAIR ADMINISTRATION OF JUSTICE EXPERIENCED.

4. THE HONORABLE COURT'S FAILURE TO PROTECT THE JUDICIAL SYSTEM FROM THE UNUSUAL PROCESSES TO WHICH WE ARE NOT ACCUSTOMED IN AMERICAN COURTS.

5. MOVANTS DENIAL OF HIS BASIC AND OR FUNDAMENTAL PROCEDURAL RIGHTS BY THE HONORABLE COURT.

6. TESTIMONY OF GOVERNMENT AGENTS WAS WRONGLY INTERPRETED BY THE HONORABLE COURT.

7. HAVING EXPERIENCED THE FOREGOING EVENTS THE HONORABLE COURT SET ASIDE ITS DUTY TO

IMPLEMENT ADEQUATE CORRECTIVE ACTION DURING THE PRESENCE OF THE RAW MISCARRIAGE OF JUSTICE BEING DISPLAYED BEFORE THE HONORABLE COURT.

8. THE NON-EXERCISE OF THE HONORABLE COURTS JUDICIAL POWER IN THE PRESENCE OF AN ARGUABLY LEGITIMATE BASIS WAS HIGHLY PREJUDICIAL TO THE MOVANT.

DUE TO THE FOREGOING CIRCUMSTANCES MOVANTS RESPECTFUL REQUEST TO THE HONORABLE COURT SHOULD BE GRANTED.

I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY.

4/18/2006
EXECUTED

*Raul D. Zavala*
RAUL S. ZAVALA
MOVANT

| U.S. Department of Justice | | | | | |
|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | |

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFO Jack Rosenthal  At: Spokane RO | ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  04/29/05 | |

9. Other Officers: S/A Tom Sullivan, TFO, TFO Joe Pence, TFO Jay McNall, TFO Jay Mehring,

10. Report Re: Surveillance of buy/bust and Acq of EX1500, EX1501, N1500 and N1501 on 04/28/2005

### SYNOPSIS

1. On April 28th, 2005 members of the Spokane Resident Office (SRO) conducted a buy/bust operation for approximately two pounds of methamphetamine from Raul ZAVALA.

### DETAILS

1. On April 28th, 2005 the Spokane RO utilizing a cooperating source, hereafter referred to as CS, placed a telephone call to telephone number 509-217-2220. (The CS had been identified by the case agent TFO Joe Pence. The CS had not been issued a control number at the time of the controlled event.) According to the CS this telephone is being used by "Raul" who was later identified as Raul S. ZAVALA.

2. The CS indicated to TFO Pence that he/she has met with ZAVALA approximately five times and had purchased about two pounds of methamphetamine on each occasion from ZAVALA. The CS indicated that he/she has conducted these purchases in public parking lots and other locations.

3. The CS said that ZAVALA drives a pearl white Cadillac Escalade with "spinners" or spinning wheel rims. The CS told TFO Pence that ZAVALA most likely would be driving the pearl white Cadillac Escalade at the time of anticipated delivery of methamphetamine.

| 11. Distribution:  Division  SEATTLE  District  Spokane RO  Other | 12. Signature (Agent)  TFO Jack Rosenthal | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)  Ken DeMello  GS/SGT | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

Jrr: Surveillane of buy/bust and Acq of EX1500, EX1501, N1500 and N1501 on 04/28/2005

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. v. Raul Zavala

001

(5)