RAUL S. ZAVALA
FDC SHU-08
P.O. BOX 13900
SEATTLE, WA. 98198-1090

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 03 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA APPELLEE- PLAINTIFF VS. RAUL S. ZAVALA APPELLANT- DEFENDANT | NO: CR-05-105-LRS TITLE 28 § 2255 MOTION NOTICE OF APPEAL |
|---|---|

NOTICE IS HEREBY GIVEN THAT RAUL S. ZAVALA, ACTING PRO-SE AND NEEDING, ASSISTANCE OF COUNSEL, DEFENDANT IN THE ABOVE REFERENCED CASE/MOTION, HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM:

RECEIVED
JUL 03 2006
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

FINAL JUDGMENT (28 U.S.C. § 2255 MOTION) NOS. CR-05-0105-LRS AND CV-06-0133-LRS.

ENTERED ON JUNE 23, 2006.

DATED THIS 29TH DAY OF JUNE, 2006

*Raul S. Zavala* (signature)
RAUL S. ZAVALA
FDC SHU 08
P.O. BOX 13900
SEATTLE, WA. 98198-1090

RAUL S. ZAVALA
APPELLANT-DEFENDANT
REG NO: 11174-085

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JUNE 29, 2006, I RAUL S. ZAVALA DEPOSITED IN THE INSTITUTIONS INTERNAL MAIL SYSTEM DIRECTED TO THE ADDRESS AS FOLLOWS:

UNITED STATES DISTRICT COURT
FEDERAL CLERKS OFFICE
P.O. BOX 1493
SPOKANE, WA. 99210

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING TO BE TRUE AND CORRECT.

6/29/2006
DATED

RAUL S. ZAVALA
APPELLANT-DEFENDANT
PDC SHU-08 11174-085
P.O. BOX 13900
SEATTLE, WA. 98198-1090