UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL S. ZAVALA,<br><br>　　　　　　Defendant. | NO. CR-05-0105-LRS<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

BEFORE THE COURT is Defendant Raul Zavala's Motion For Reconsideration or Notice of Appeal of July 3rd Court Order [Ct. Rec. 179], Ct. Rec. 182, filed July 21, 2008.

DISCUSSION

Defendant Zavala argues that he was not provided with Ct. Rec. 178 and was unable to review Mr. Cikutovich's response to his motion for issuance of an order to compel petitioner's trial attorney to promptly release petitioner's entire criminal case file for appellate purposes. Based on the representations from Mr. Cikutovich in Ct. Rec. 178, the Court finds that reconsideration is not necessary to prevent a manifest injustice in this matter.

///

///

ORDER ~ 1

Accordingly,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion For Reconsideration or Notice of Appeal of July 3rd Court Order [Ct. Rec. 179], **Ct. Rec. 182**, filed July 21, 2008, is **DENIED**.

2. The District Court Executive is directed to enter this order and to provide copies to counsel and Defendant Zavala. The District court Executive is further directed to provide a copy of Ct. Rec. 178 to Mr. Zavala.

**DATED** this ___26th___ day of November, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

ORDER ~ 2