# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 5 2010

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

RAUL S. ZAVALIA
    Petitioner,

vs.

Docket No.: CR-05-0105-LRS
Docket No.: CV-~~06-133~~-LRS
CV 09-0013-LRS

UNITED STATES OF AMERICA
    Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Raul Zavala with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order denying Petitioner's Title 28 U.S.C. § 2255.

Done this 28th day of January 2010

*[signature]*
Raul Zavala
Reg. # 11174-085
USP Atwater
P.O. Box 017001
Atwater, CA 95301

1

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY that a true and correct copy of this pleading was mailed to: Aine Ahmed, U S Attorney's Office – SPO 920 W Riverside, Suite 300, P O Box 1494, Spokane, WA 99210-149, by placing the same in the Federal Prison Legal Mail Box with sufficient First Class Postage.

Done this 28th, day of Janury 2010

> I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 28th day of Janury 2010 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.
>
> Respectfully submitted,
>
> *Raul Zavala* (signature)
> Raul Zavala
> Reg. # 11174-085
> USP Atwater
> P.O. Box 017001
> Atwater, CA 95301