Raul S Zavala 11174-085
United States Penitentiary-Atwater
P.O. Box 019001
Atwater, CA 95301

Court Clerk                                    February 13, 2010

United States District Court

Eastern District of Washington

P.O. Box 1493

Spokane, Washington 99210-1493

CR-05-105-LRS

Re: Status of Motions filed on January 28, 2010.


Dear Court Clerk:

On January 28, 2010, I "timely" filed a "Notice of Appeal," "Petitioner's Motion and Affidavit for Leave to Proceed in Forma Pauperis Pursuant to Title 28 U.S.C. 1915," and "Petitioner's Request for Certificate of Appealability Pursuant to Title 28 U.S.C. § 2253." I have not heard back from your Office. The motions are to appeal the Judgment entered on December 4, 2009, by Judge Suko: Denial of Petitioner's § 2255 Motion, (DE 224), Case No. CV-09-0013-LRS.

Also, I have enclosed a six (6) months balance statement of my prison account.

In closing, I would like to thank you and your Office for any assistance.

Signed amd mailed under penalty fo perjury (28 U.S.C. § 1746).

RECEIVED

FEB 2 2 2010

CLERK, U.S. DISTRICT COURT
SPOKANE, WA

c: perosnal file

Very truly yours,

Raul S. Zavala