UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Respondent,<br><br>   v.<br><br>RAUL ZAVALA,<br><br>             Petitioner. | NO.  CR-05-0105-LRS<br><br>ORDER RE: CERTIFICATION<br>OF APPEAL AND IFP STATUS |

On February 5, 2010, Petitioner-Defendant Mr. Zavala filed a Motion and Affidavit for Leave to Proceed In Forma Pauperis (Ct. Rec. 226) to appeal the district court's order entered on December 7, 2009, which includes a denial of his habeas petition under 28 U.S.C. § 2255 (Ct. Rec. 225).  Mr. Zavala also filed a Motion for a Certificate of Appealability (Ct. Rec. 227).  This court will issue a certificate of appealability when a Petitioner makes a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  The court has reviewed the file and is fully informed.  For the reasons set forth below and in the court's earlier order herein, the request for issuance of a Certificate of Appealability is **DENIED**.

### DISCUSSION

Petitioner filed a petition for habeas corpus alleging his sentence is unconstitutional based on eighty-two (82) grounds.  On

ORDER - 1

June 25, 2009, the district court entered judgment in favor of Plaintiff-Respondent, denying Petitioner's habeas corpus petition (Ct. Rec. 225).

Final orders issued by a federal district court in habeas corpus proceedings are reviewable by the circuit court of appeals. 28 U.S.C. § 2253(a). In order to have final orders reviewed, Petitioner must obtain a certificate of appealability. 28 U.S.C. § 2253(c). This court will issue a certificate of appealability when a Petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To make a substantial showing, the Petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." Slack v. McDaniel, 120 S.Ct. 1595, 1603-04 (2000) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

Here, Petitioner's appeal fails to make a substantial showing of the denial of a constitutional right. It is not apparent that reasonable jurists would differ on whether the motion should have been resolved in a different manner. Accordingly,

Based on the forgoing, **IT IS HEREBY ORDERED:**

1. Defendant-Petitioner's Motion and Affidavit For Leave to Proceed in Forma Pauperis Pursuant to Tile 28 U.S.C. 1915," **Ct. Rec. 226**, filed on February 5, 2010, is **DENIED as MOOT.**

2. Defendant-Petitioner's Motion for Certification of Appealability, **Ct. Rec. 227**, is **DENIED.**

///

///

ORDER - 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Petitioner Zavala.

**DATED** this ___8th___ day of March, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 3