UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v. Zavala
U.S. District Court, Eastern District of Washington Chief Judge Lonny R. Suko
Criminal and/or Civil Case No. CR-05-105-LRS & CV-09-013-LRS
Date Complaint/Indictment/Petition Filed: 04/29/05
Date Appealed order/judgment *entered*: 12/7/09
Date NOA *filed*: 02/05/10
Date(s) of Indictment   05/10/05    Plea Hearing        Sentencing   04/18/06   Verdict   01/25/06

| | 10-35209 |
|---|---|
| | Court of Appeals No. |

COA Status (check one):   ☐ granted in full (attach order)    ☒ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s)    Debra Clark, 509-458-3433        Lynette Walters, 509-573-6613        Topper Baker, 509-468-2336
Name & Phone Number:

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: Waived-IFP
Date IFP granted: 4/20/06                              Date IFP denied:
Is IFP pending? ☒ yes ☐ no                             Was IFP limited ☐ ? Revoked ☐ ?
US Government Appeal? ☐ yes ☒ no
Companion/Related Cases? Please list: 06-30265, 06-35654, 09-35714, 09-70743

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION**
Appellate Counsel:                          Appellee Counsel:
Raul Zavala #11174-085                      Aine Ahmed
USP Atwater                                 U.S. Attorney's Office
P.O. Box 017001                             P.O. Box 1494
Atwater, CA 95301                           Spokane, WA 99210-1494

☐ Retained ☐ CJA ☐ FPD ☒ Pro Se ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID                                 Address: See Above
Custody ☒ yes ☐ no
Bail

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid                              9th Circuit Docket Number

Name & Phone Number of Person Completing this Form   Shirley Peters, Appeal Clerk
                                                      509-458-3414