

# United States District Court

**Eastern District of Washington**
Office of the Clerk

**JAMES R. LARSEN**
District Court Executive/Clerk of Court

March 9, 2010

Raul S Zavala
11174-085
Atwater United States Penitentiary
PO Box 019001
Atwater, CA 95301

*RE*:   USA v. Raul Zavala
         CR-05-105-LRS

Dear Mr. Zavala:

Enclosed is a filed copy of the Notice of Appeal, Order Denying Certificate of Appealability, docket sheet and Transcript Designation and Ordering form.

**Please Note:**

- The designation form must be completed in full including the name and date of each proceeding and the court reporter's name who reported the proceeding. The docket entries enclosed provide the dates of the hearings and the court reporter's name. "Entire transcript," "Entire trial" or "All proceedings" is not sufficient information to process your transcript order.

**TRANSCRIPTS FILED PRIOR TO APPEAL:**
   **If a hearing transcript has been filed prior to the appeal, you should designate the hearing date if you are considering it to be part of the record. Also, please indicate on the transcript and designation form that the transcript has already been filed.**

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

Enclosures

# COURT REPORTERS

SUSAN ANDERSON
P.O. Box 4108
Yakima, WA 98904
509-965-4052 or 509-930-0271

TOPPER BAKER
c/o Bruce Anderson
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

LOUISE BELL
919 Pleasant Avenue
Yakima, WA 98902
509-594-5991 or 509-225-4512

MIA BOHN
P.O. Box 8137
Spokane, WA 99203
509-991-6715

DORENE BOYLE
6 S. Second St., Suite 413
Yakima, WA 98901
509-457-6741

PATTI BUTE
611 Court Street
Prosser, WA 99350
509-781-6085

FRANK CICCARELLO
1602 S. Sherman St.
Spokane, WA 99203
509-456-7447

RONELLE CORBEY
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-5283

DEBRA CLARK
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-3433

SUSAN HANEY
U.S. District Court
P.O. Box 1568
Yakima, WA 98907
509-573-6600

E. HUFFMAN
ELECTRONIC RECORDER
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3437

RITA KETZA/
DOROTHY STILES
Spokane Reporting Services
421 W. Riverside Ave., #1010
Spokane, WA 99201
509-624-6255

KATHLEEN KNOX/
DIANE NICHOLSON
ACTA Court Reporting
P.O. Box 1692
Richland, WA 99352
509-946-4328 or 800-820-9111

RENE' LaCOURSIERE/
MARILYNN McMARTIN
Affiliated Court Reporters
P.O. Box 994
Yakima, WA 98907
509-966-6787 or 800-548-2678

PHYLLIS LYKKEN
P.O. Box 8029
Yakima, WA 98908
509-457-3377

JORI MOORE
551 McPherson Lane
Selah, WA 98942
509-698-4788

ANITA W. SELF
4493 Echo Glenn Lane
Coeur d'Alene, ID 83815
208-665-7510 or 208-661-8542

DEANNA SHOEMAKER
c/o Bruce Anderson
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

BETTY SITTER
12308 Fourth Avenue
Spokane, WA 99216
509-926-2670

STEPHANIE SMITHSON
U.S. District Court
825 Jadwin Avenue, #174
Richland, WA 99352
509-376-7262

JOAN SNOVER/GAIL
PARRISH/JODY POPE
Snover RealTime Reporting
522 W. Riverside Ave., #560
Spokane, WA 99201
509-467-0666

MARK SNOVER
U.S. District Court
P.O. Box 2209
Spokane, WA 99210
509-458-3434

LYNETTE WALTERS
U.S. District Court
P.O. Box 2706
Yakima, WA 98907
509-573-6613

Revised 01/25/10 shared/court reporter