FILED

UNITED STATES COURT OF APPEALS

JAN 25 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>RAUL S. ZAVALA,<br><br>    Defendant - Appellant. | No. 12-35812<br><br>D.C. Nos.  2:12-cv-00348-LRS<br>           2:05-cr-00105-LRS<br>Eastern District of Washington,<br>Spokane<br><br>ORDER |

Before:    O'SCANNLAIN and SILVERMAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.