FILED

UNITED STATES COURT OF APPEALS

FEB 08 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-35045 |
| Plaintiff - Appellee, | D.C. Nos.    2:12-cv-00348-LRS |
| | 2:05-cr-00105-LRS |
| v. | Eastern District of Washington, Spokane |
| RAUL S. ZAVALA, | |
| Defendant - Appellant. | ORDER |

Before:    CANBY and GRABER, Circuit Judges.

The request for a certificate of appealability is denied.  *See* 28 U.S.C.

§ 2253(c)(2).  All pending motions, if any, are denied as moot.