**FILED**

MAY 28 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RAUL S. ZAVALA. <br><br> —————————— <br><br> RAUL S. ZAVALA, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON, SPOKANE, <br><br> Respondent, <br><br> UNITED STATES OF AMERICA, <br><br> Real Party in Interest. | No. 13-70702 <br><br> D.C. No. 2:05-cr-00105-LRS-1 Eastern District of Washington, Spokane <br><br><br> ORDER |

Before: O'SCANNLAIN, W. FLETCHER, and CALLAHAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No further filings will be entertained in this closed case.

**DENIED**.

hmb/MOATT